

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 11-1615M |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
|  | ) Allegations of Violations of Probation |
|  | ) Supervised Release) |
| IGNACIO MARTINEZ-SERRANO | ) Conditions of Release) |
| Defendant. | ) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

The Court concludes that:

A. [x] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Prior Felonies_

(B) [x] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Lack of bond resources_
_Prior deports_

IT IS ORDERED that defendant be detained.

DATE: 7/6, 2011

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2